

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2016

No. 04-16-00188-CR

Pablo **ALFARO-JIMENEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9248
The Honorable Jefferson Moore, Judge Presiding

# O R D E R

Debra Doolittle's notification of late record is hereby granted. The reporter's record is due on or before August 22, 2016. Further extensions will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court